THE STATE EX REL. FANT, APPELLANT, v. TOBER, APPELLEE.

[Cite as *State ex rel. Fant v. Tober* (1993), 68 Ohio St.3d 117.]

(No. 93–831—Submitted October 12, 1993—Decided December 29, 1993.)

*Henry J. Fant, pro se.*

*Juan Edgardo Adorno,* for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., not participating.

THE STATE EX REL. FANT, APPELLANT, v. TOBER, APPELLEE.

[Cite as *State ex rel. Fant v. Tober* (1993), 68 Ohio St.3d 117.]

(No. 93–1321—Submitted October 12, 1993—Decided December 29, 1993.)

*Henry J. Fant, pro se.*

*Edward J. Opett,* for appellee.

The judgment of the court of appeals is affirmed.

118

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., not participating.

THE STATE EX REL. MAY, APPELLANT, *v.* HENDON, JUDGE, APPELLEE.

[Cite as *State ex rel. May v. Hendon* (1993), 68 Ohio St.3d 118.]

(No. 93–1118—Submitted November 9, 1993—Decided December 29, 1993.)

*Morris May, pro se.*

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

THE STATE EX REL. WATTS, APPELLEE, *v.* SCHOTTENSTEIN
STORES CORPORATION ET AL., APPELLANTS.

[Cite as *State ex rel. Watts v. Schottenstein
Stores Corp.* (1993), 68 Ohio St.3d 118.]

(No. 92–2399—Submitted September 14, 1993—Decided December 29, 1993.)